IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:
SHARON DIANE HILL,
    *Debtor,*

SHARON DIANE HILL,
    *Movant,*
v.

COUNTRYWIDE HOME LOANS, INC.,
    *Respondent.*

Case Number 01-22574 JAD
Chapter 13

Document No. 165

## ORDER

AND NOW, this *14th* day of *August, 2008*, and notwithstanding the Court's recent approval of the *Joint Motion for Approval of Settlement and Compromise*, filed at Document No. 220 by Countrywide Home Loans, Inc. and Sharon Diane Hill, because of still-remaining issues involving the United States Trustee and the Chapter 13 Trustee that may be related to the *Amended Motion to Enforce Discharge* ("Motion"), Document No. 165, decision on the *Motion* is continued generally and, if necessary, a further status conference or hearing will be scheduled at the convenience of the Court.

_____
Thomas P. Agresti
United States Bankruptcy Court Judge

Case Administrator to serve:
    Robert O Lampl, Esq.
    Donald R. Calaiaro, Esq.
    Dorothy A. Davis, Esq.
    Thomas A. Connop, Esq.
    Charles Townsend, Esq.
    David W. Ross, Esq.
    Norman Gilkey, Esq.
    Ronda J. Winnecour, Esq.
    Norma Hildenbrand, Esq.
    Patrick S. Layng, Esq.
    Lisa D. Tingue, Esq.
    Jeffrey A. Lutsky, Esq.

**FILE**
AUG 1 4 2008
CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA