IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| SHARON DIANE HILL | ) | Case Number 01-22574 JAD |
|     Debtor, | ) | Chapter 13 |
| | ) | |
| ROBERTA A. DeANGELIS, | ) | Related to Doc. No. 560 and 570 |
| Acting United States Trustee | ) | |
| For Region 3, | ) | |
|     Movant, | ) | |
| | ) | |
|     v. | ) | |
| | ) | |
| COUNTRYWIDE HOME LOANS, | ) | |
| INC., GOLDBECK, McCAFFERTY | ) | |
| AND McKEEVER, and | ) | |
| ATTORNEY LESLIE PUIDA | ) | |
|     Respondents | ) | |

## **PRE-PRELIMINARY HEARING STATEMENT**

AND NOW, comes C. Charles Townsend, by and through his attorneys, Pietragallo Gordon Alfano Bosick & Raspanti, LLP, who hereby submits the following Pre-Preliminary Hearing Statement. During the Preliminary Hearing on November 22, 2010:

1. Mr. Townsend will be present and prepared to present himself and the Proffer of Anticipated Testimony to this Court attached hereto as Exhibit 1.

2. If necessary, Mr. Townsend will request the opportunity to present corroborating testimony in a full evidentiary hearing.

3. Counsel for Mr. Townsend requests the opportunity to preserve and/or present all legal and jurisdictional issues, if required, at or after the preliminary hearing.

Respectfully submitted,

PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP


/s/ William Pietragallo, II
William Pietragallo, II, Esquire
PA I.D. #16413
wp@pietragallo.com
Richard J. Parks, Esquire
PA I.D. #40477
rjp@pietragallo.com

PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP.

One Oxford Centre
38TH Floor
Pittsburgh, PA  15219
(412) 263-2000

*Attorneys for C. Charles Townsend*